■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS HARRISON, Appellant. [38 NYS3d 425]—Order, Supreme Court, New York County (Patricia Nunez, J.), entered on September 3, 2015, which denied defendant's petition to modify his sex offender classification, unanimously affirmed, without costs.

Defendant failed to meet his burden under Correction Law § 168-o of presenting clear and convincing evidence that a downward modification of his risk level is warranted (*see People v Torres*, 120 AD3d 1126 [1st Dept 2014], *lv denied* 24 NY3d 911 [2014]). The factors cited by defendant, including his advanced age and the fact that he did not commit any additional sex crimes in the four years since his release from prison, are outweighed by his violent criminal behavior, his prior history of sexual misconduct, his unsatisfactory record while incarcerated, and his parole violation, factors we noted on defendant's appeal from his original sex offender adjudication (74 AD3d 688 [1st Dept 2010], *lv denied* 15 NY3d 711 [2010]). Concur—Renwick, J.P., Richter, Manzanet-Daniels, Feinman and Kapnick, JJ.